UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DYLAN LEE AUSTIN, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) )  1:25-cv-00352-LEW ) |
| BRYAN SLANEY et al., | ) ) ) |
| Defendants | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On September 29, 2025, United States Magistrate Judge John C. Nivison filed with the court, with a copy to the Plaintiff, his Recommended Decision (ECF No. 6) on Plaintiff's pro se Complaint (ECF No. 1). The time within which to file objections expired on October 14, 2025, and no objection has been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision (ECF No. 6) of the Magistrate Judge is hereby AFFIRMED and ADOPTED and the case is dismissed.

**SO ORDERED.**

Dated this 30th day of October, 2025.

/s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**